**Order entered October 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00627-CV

## IN THE INTEREST OF M.S.S., A CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-23320**

## ORDER

We **GRANT** court reporter Cassandra Anderson's October 8, 2015 request for extension

of time to file record and **ORDER** the reporter's record be filed no later than October 16, 2015.


/s/     CRAIG STODDART
        JUSTICE